| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard Thomas Koska <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8323 <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 8–18–78385–reg | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Marc A. Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: March 31, 2023

**BLfnld7** [Final Decree 7 rev 12/01/15]